# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELINA MORA,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant | Case No.: 1:16-cv-01279-SKO<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920<br><br>(Doc. 17) |

Based upon the parties' "Stipulation for the Award and Payment of Attorney Fees and Expenses Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) and Costs Pursuant to 28 U.S.C. § 1920" (the "Stipulation") (Doc. 17),

IT IS ORDERED that fees and expenses in the amount of **four thousand two hundred dollars and zero cents ($4,200.00)** as authorized by 28 U.S.C. § 2412, and **zero ($0)** costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated: **April 30, 2018**      /s/ *Sheila K. Oberto*
                                                                  UNITED STATES MAGISTRATE JUDGE